Same case below, 395 Fed. Appx. 524.

**No. 10-7881. Andrew John Yellowbear, Jr., Petitioner v. Bruce A. Salzburg, Attorney General of Wyoming, et al.**

562 U.S. 1228, 131 S. Ct. 1488, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1675.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 380 Fed. Appx. 740.

**No. 10-7890. Marcus Mays, Petitioner v. Gerald Hofbauer, et al.**

562 U.S. 1229, 131 S. Ct. 1489, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1522.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7897. Thomas Shadden, Jr., Petitioner v. Derral G. Adams, Warden.**

562 U.S. 1229, 131 S. Ct. 1489, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1531.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7902. Bobby Lee Dickerson, Jr., Petitioner v. King County, Washington.**

562 U.S. 1229, 131 S. Ct. 1489, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1648.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7905. Gregory Sylvester Rideau, Jr., Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1516.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 258.

**No. 10-7908. Bin Xu, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1570.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 381 Fed. Appx. 953.

**No. 10-7917. Hal Elkins, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1705.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 656.

**No. 10-7918. Alton E. Dean, Petitioner v. Michelle Street, et al.**

562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 322, 2011 U.S. LEXIS 1633.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.